**Appeal No.    2024AP1516-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2021CF3563

**IN COURT OF APPEALS**
**DISTRICT I**

---

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

V.

DOMINIC L. BRISTER,

DEFENDANT-APPELLANT.

FILED

July 17, 2026

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Michelle A. Havas
Circuit Court Judge
Electronic Notice

Anna Hodges
Clerk of Circuit Court
Milwaukee County Safety Building
Electronic Notice

Dustin C. Haskell
Electronic Notice

Jacob J. Wittwer
Electronic Notice

Kathleen E. Wood
Electronic Notice

PLEASE TAKE NOTICE that the publication recommendation was amended in the above-captioned opinion, which was released on June 30, 2026.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.